UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re BAYCOL PRODUCTS LITIGATION* : | MDL No. 1431 |
| : | (MJD/JGL) |
| **This Document Relates to:** : | |
| : | |
| *Arthur Knapp, et al. v. Bayer Corp., et al.* : | Case No. 03-4810 |

## ORDER

Based on the stipulated submissions pursuant to PTO 81 and this Court's Order of December 15, 2003, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED:**

The claim of Arthur Knapp is **DISMISSED WITH PREJUDICE** from the above-captioned case.

Dated: Feb. 18, 2004

*[signature]*
The Honorable Michael J. Davis
United States District Court

FILED FEB 2 0 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____